**Order entered November 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01277-CV

### IN THE INTEREST OF F.A.B, A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-00539-W**

## ORDER

We **GRANT** appellant's November 24, 2014 motion for extension of time to file appellate brief and **ORDER** the brief be filed no later than December 29, 2014.  Because this is an accelerated appeal, no further extensions will be granted absent exigent circumstances.


/s/     CRAIG STODDART
JUSTICE